**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OSCAR CAMPOS,

Plaintiff,

v.

STATE OF NEVADA,

Defendant.

Case No.: 2:26-cv-02428-ART-BNW

**ORDER**

On August 7, 2026, pro se Plaintiff Oscar Campos, a Nevada inmate who is housed at High Desert State Prison, submitted a motion to appoint counsel. ECF No. 1-1. He filed an application to proceed *in forma pauperis* on August 14, 2026. ECF No. 3. He has not, however, submitted a civil-rights complaint. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). If Plaintiff wishes to proceed with this action, he must file a complaint that complies with LSR 2-1 and is personally signed. And Plaintiff should file the complaint on this Court's approved civil-rights form.

It is therefore ordered that Plaintiff has **until September 21, 2026**, to submit a signed complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, with a new complaint and under a new case number, along with either the filing fee or a fully completed application to proceed *in forma pauperis*.

/ / /

/ / /

/ / /

The Clerk of the Court is directed to send Plaintiff Oscar Campos the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED THIS 18th day of August 2026.

UNITED STATES MAGISTRATE JUDGE